IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00289-EWN-MEH

JOHN SIMPSON,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 1, 2008.**

    Defendant's Joint Motion to Vacate October 7, 2008 Settlement Conference [filed October 1, 2008; docket #35] is **granted**. The settlement conference scheduled in this case for October 7, 2008, at 10 a.m. is **vacated**.
    The parties shall conference together and contact Chambers at (303) 844-4507 within five days following ruling on Plaintiff's Motion for Partial Summary Judgment [filed September 30, 2008; docket #34] to reschedule a settlement conference.