IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00289-REB-MEH

JOHN SIMPSON,

     Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

     Defendant.

---

## MINUTE ORDER AND RECOMMENDATION

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 7, 2008.**

     The Court *sua sponte* **reconsiders** its Minute Order issued October 24, 2008 [docket #42], denying Defendant's Unopposed Motion for Extension of Time to Serve Expert Disclosures [filed October 21, 2008; docket #40]. Upon review of Defendant's appeal, the Court recognizes it was in error and apologizes to the parties and the District Court for this mistake.

     The Court will authorize the deadlines in this matter to be reset as follows:

          Rebuttal expert disclosures due on or before **November 14, 2008** (as requested by the parties); Expert discovery due on or before **December 15, 2008**.

     Furthermore, considering the transfer of this case to Judge Blackburn, the Court sets a Pretrial Conference in this matter for Thursday, **January 22, 2009, at 9:30 a.m.** The Court will address setting the trial before Judge Blackburn at the Pretrial Conference. If this date is not available for the parties, the parties shall conference together and call Chambers at (303) 844-4507 to reschedule.

     Based on the foregoing, the Court **recommends** that Defendant's Objections [filed November 7, 2008; docket #46] be **denied as moot**.[1]

---

[1]Be advised that all parties shall have ten (10) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72. The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within ten (10) days after being

---

served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).