IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-00289-REB-MEH

JOHN SIMPSON,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the magistrate judge's **Minute Order and Recommendation** [#48], filed November 7, 2008. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the magistrate judge's **Minute Order and Recommendation** [#48] filed November 7, 2008, is **APPROVED AND ADOPTED** as an order of this court; and

    2. That the objections stated in **Defendant's Objections to Magistrate Judge Hegarty's October 24, 2008 Minute Order Pursuant to Fed.R.Civ.P. 72(a)** [#46] filed November 7, 2008, are **DENIED AS MOOT**.

    Dated December 2, 2008, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**