IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00289-REB-MEH

JOHN SIMPSON,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 21, 2009.**

    Defendant's Unopposed Motion to Vacate January 22, 2009 Final Pretrial Conference [filed January 21, 2009; docket #56] is **granted**. The Final Pretrial Conference set in this matter for Thursday, January 22, 2009, at 9:30 a.m. is hereby **vacated**.

    In light of Defendant's representation that the parties settled this matter on January 15, 2009, the parties shall submit dismissal papers on or before **February 17, 2009**.