**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  08-cv-00289-REB-MEH

JOHN SIMPSON,

>       Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

>       Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

>       The matter before the court is the **Stipulation For Dismissal With Prejudice** [#60] filed February 16, 2009.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

>       **THEREFORE, IT IS ORDERED** as follows:

>       1.  That the **Stipulation For Dismissal With Prejudice** [#60] filed February 16, 2009, is **APPROVED**;

>       2.  That any pending motion is **DENIED** as moot; and

>       3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

>       Dated February 17, 2009, at Denver, Colorado.

>                                              BY THE COURT:

>                                              Robert E. Blackburn
>                                              United States District Judge